# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dameon Shae Adcock                              Docket No. 5:19-CR-331-2BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Dameon Shae Adcock, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 26th day of August, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 22, 2019, the defendant committed the offenses of Driving While Impaired and No Operator's License in Person County, North Carolina. The defendant is being supervised in the Middle District of North Carolina and is gainfully employed. We recommend the court allow the defendant to remain on pre-trial release with the following added conditions.

- The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.
- The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Assistant United States Attorney Gabriel Diaz and defense attorney Edward Gray were contacted, neither have an objection to the above court action.

**PRAYING THAT THE COURT WILL ORDER**

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.


/s/ Van R. Freeman, Jr.                    /s/ Jonathan A. Holmes
Van R. Freeman, Jr.                        Jonathan A. Holmes
Deputy Chief U.S. Probation Officer        U.S. Probation Officer
                                           310 New Bern Avenue, Room 610
                                           Raleigh, NC 27601-1441
                                           Phone: 9196104087
                                           Executed On: October 9, 2019

**Dameon Shae Adcock**
**Docket No. 5:19-CR-331-2BO**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered on October 11, 2019. It is further ordered that this document shall be filed and made a part of the records in the above case.

_/s/ Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge


cc:  AUSA Gabriel J. Diaz
  Edward Gray, Defense Counsel

**FOR JUDGE'S VIEW ONLY**
**DO NOT FILE**



**Dameon Shae Adcock Docket**
**No. 5:19-CR-331-2BO**