UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-331-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMEON SHAE ADCOCK | UNOPPOSED MOTION<br>TO CONTINUE ARRAIGNMENT |

The defendant, Dameon Shae Adcock, by and through counsel, hereby moves the Court to continue the arraignment hearing for twenty-one (21) days to December 4, 2019. In support of this motion, Mr. Adcock states the following:

1. On 20 August 2019, Mr. Adcock was named in a nine-count Indictment charging him with conspiracy to commit acts against the United States involving passport fraud, in violation of Title 18, United States Code, Section 1542; false statements on passport application and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(c), 1542, and 2; and aiding and abetting fraud and misuse of visas, permits, and other documents, security fraud, in violation of Title 42, United States Code, Section 408(a)(7)(B).

2. On 26 August 2019, the Court appointed the Office of the Federal Public Defender to represent Mr. Adcock. Defense counsel filed a Notice of Appearance on 28 August 2019.

3. Mr. Adcock appeared for his initial appearance before Magistrate Judge Robert T. Numbers on 26 August 2019. Government did not move for detention. An Order Setting Conditions of Release was issued the same day.

4. A Notice of Hearing filed on November 1, 2019 set the arraignment for 13 November 2019 at 9:30 a.m. in Raleigh, North Carolina.

5. The parties are continuing to negotiate a plea and anticipate that this additional time will assist in the resolution of the case.

6. Defense counsel respectfully requests that the arraignment be continued accordingly.

7. Assistant United States Attorney Gabriel Diaz has been contacted and has no objection to an extension of the pretrial motions deadline and continuance of the arraignment.

8. This motion is made in good faith and not for purposes of delay. Neither the Government nor the Defendant would be prejudiced by the continuance sought herein.

WHEREFORE, the Defendant respectfully requests that the arraignment in this matter be continued accordingly to a date that the Court deems appropriate. The ends of justice served by this motion outweigh the interests of the public and the Defendant in a speedy trial as set forth in Title 18 U.S.C. § 3161 (h)(7)(A).

Respectfully submitted this 5th day of November, 2019.

                                              G. ALAN DUBOIS
                                              Federal Public Defender

                                              ***/s/ Edward D. Gray***
                                              EDWARD D. GRAY
                                              Assistant Federal Public Defender
                                              Attorney for Defendant
                                              Office of the Federal Public Defender
                                              150 Fayetteville Street, Suite 450
                                              Raleigh, North Carolina 27601
                                              Telephone: 919-856-4236
                                              E-mail: Edward_Gray@fd.org
                                              N.C. State Bar No. 37539
                                              LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

      I HEREBY CERTIFY that a copy of the foregoing was served upon:

GABRIEL DIAZ
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461
caroline.webb@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on 5 November 2019, using the

CM/ECF system which will send notification of such filing to the above.

      This the 5th day of November, 2019.

                                  ***/s/ Edward D. Gray***
                                  EDWARD D. GRAY
                                  Assistant Federal Public Defender
                                  Attorney for Defendant
                                  Office of the Federal Public Defender
                                  150 Fayetteville Street, Suite 450
                                  Raleigh, North Carolina 27601
                                  Telephone: 919-856-4236
                                  E-mail: Edward_Gray@fd.org
                                  N.C. State Bar No. 37539
                                  LR 57.1 Counsel Appointed