UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-331-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMEON SHAE ADCOCK | UNOPPOSED MOTION<br>TO CONTINUE SENTENCING |

The defendant, Dameon Shae Adcock, by and through counsel, hereby moves the Court to continue the sentencing hearing for thirty (30) days to the March 2020 term. In support of this motion, Mr. Adcock states the following:

1. On August 20, 2019, Mr. Adcock was named in a nine-count Indictment charging him with conspiracy to commit acts against the United States involving passport fraud, in violation of Title 18, United States Code, Section 1542; false statements on passport application and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(c), 1542, and 2; and aiding and abetting fraud and misuse of visas, permits, and other documents, security fraud, in violation of Title 42, United States Code, Section 408(a)(7)(B).

2. On August 26, 2019, the Court appointed the Office of the Federal Public Defender to represent Mr. Adcock. Defense counsel filed a Notice of Appearance on 28 August 2019.

3. On November 6, 2019, a Grand Jury in the United States District Court for the Middle District of Florida returned an Indictment against Mr. Adcock for False Declarations Before a Grand Jury, in violation of 18 U.S.C. §1623. On December 19, 2019, the defendant had his initial appearance in the Middle District of Florida.

4. The allegations that are the subject of the Indictment in the Middle District of Florida arise out of the same investigation and allegations that the defendant pled guilty to within the Eastern District of North Carolina on November 13, 2019. As these allegations arise from the same investigation, the parties have coordinated with defendant's Florida counsel and the United States Attorney's Office for the Middle District of Florida. All parties agree that it would conserve judicial resources by having plea and sentencing on the Indictment by the Middle District of Florida resolved within the Eastern District of North Carolina. Accordingly, the parties have initiated the process to have the matter transferred to this Court pursuant to Rule 20 of the Fed. R. Crim Pro for plea and sentencing.

5. The undersigned requests a continuance to the sentencing hearing pending a Rule 20 transfer hearing of a pending case in the Middle District of Florida.

6. The United States Attorney's Office for the Middle District of Florida has requested at least 30 days to transfer the matter to this district.

7. The defendant has advised that he will plead guilty to the charges upon transfer and will accordingly move the court for expedited sentencing on that plea. As a Pre-Sentence Investigation has been initiated within this district, the defendant will waive any additional Pre-Sentence Investigation on the Middle District of Florida Indictment.

8. Defense counsel respectfully requests that the sentencing hearing be continued until the March 2020, term of Court.

9. Assistant United States Attorney Gabriel Diaz has been contacted and has no objection to a continuance of the sentencing hearing in this case.

10. This motion is made in good faith and not for purposes of delay. Neither the Government nor the Defendant would be prejudiced by the continuance sought herein.

WHEREFORE, the Defendant respectfully requests that the sentencing in this matter be continued accordingly to a date that the Court deems appropriate.

Respectfully submitted this 16th day of January, 2020.

                                         G. ALAN DUBOIS
                                         Federal Public Defender

                                         ***/s/ Edward D. Gray***
                                         EDWARD D. GRAY
                                         Assistant Federal Public Defender
                                         Attorney for Defendant
                                         Office of the Federal Public Defender
                                         150 Fayetteville Street, Suite 450
                                         Raleigh, North Carolina 27601
                                         Telephone: 919-856-4236
                                         E-mail: Edward_Gray@fd.org
                                         N.C. State Bar No. 37539
                                         LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

      I HEREBY CERTIFY that a copy of the foregoing was served upon:

GABRIEL DIAZ
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461
caroline.webb@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on 16 January 2020, using the CM/ECF system which will send notification of such filing to the above.

      This the 16th day of January, 2020.

                                    ***/s/ Edward D. Gray***
                                    EDWARD D. GRAY
                                    Assistant Federal Public Defender
                                    Attorney for Defendant
                                    Office of the Federal Public Defender
                                    150 Fayetteville Street, Suite 450
                                    Raleigh, North Carolina 27601
                                    Telephone: 919-856-4236
                                    E-mail: Edward_Gray@fd.org
                                    N.C. State Bar No. 37539
                                    LR 57.1 Counsel Appointed