UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No: 5:19-CR-331-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| DAMEON SHAE ADCOCK | |

This matter is before the Court on the defendant's unopposed Motion to Continue the Sentencing hearing.

For good cause shown, it is hereby ORDERED that the sentencing in this matter be reset by notice.

SO ORDERED.

This 17 day of January, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
Chief United States District Judge