IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00331-2BO

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | **MOTION FOR ORDER** |
| v. | : | **OF FORFEITURE** |
| | : | |
| DAMEON SHAE ADCOCK | : | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, requests that the Court issue an order of forfeiture in the above criminal action pursuant to Fed. R. Crim. P. 32.2. In support of this motion, the Government shows unto the Court the following:

1. On August 20, 2019, the defendant, Dameon Shae Adcock, was charged in a Criminal Indictment with, among other violations, a conspiracy to commit visa fraud (18 U.S.C. § 371), a conspiracy to commit passport fraud (18 U.S.C. §§ 1542 and 2), aggravated identity theft (18 U.S.C. §§ 1028A(a)(1) and 2), and visa fraud (18 U.S.C. §§ 1546(a) and 2).

2. On November 13, 2019, the defendant entered into a Plea Agreement as to Counts One and Three of the Criminal Indictment, specifically, to offenses in violation of 18 U.S.C. § 371 and 18 U.S.C. §§ 1028A(a)(1) and 2, and agreed to forfeit certain property belonging to the defendant, to wit:

   (a) One (1) Glock, Model 43 firearm, bearing serial number ACRZ179; and

   (b) any and all accompanying ammunition or magazines.

1

3. The Court's jurisdiction in this matter is founded upon 18 U.S.C. § 982(a)(6).

4. Pursuant to the Plea Agreement, and the defendant's guilty plea to offenses in violation of 18 U.S.C. § 371, the Government requests that the Court enter, as the statute requires, a preliminary order of forfeiture regarding the subject property.

5. In accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the property forfeited is worth less than $1,000. In addition, as no other potential claimants are known, no direct notice need be provided.

WHEREFORE, based on the foregoing, the Court is requested to order, pursuant to 18 U.S.C. § 982(a)(6), that the subject property be forfeited to the United States, and that said property be disposed of in accordance with law, including destruction.

Respectfully submitted this 27th day of January, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

BY: /s/ Matthew L. Fesak
　　　MATTHEW L. FESAK
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: matthew.fesak@usdoj.gov
NC State Bar #35276, Attorney for Plaintiff

2

CERTIFICATE OF SERVICE

I certify that I have on this 27th day of January, 2020, served a copy of the foregoing Motion for Order of Forfeiture upon counsel electronically via ECF:

Edward D. Gray
Email: edward_gray@fd.org

        ROBERT J. HIGDON, JR.
        United States Attorney

        BY: /s/ Matthew L. Fesak
            MATTHEW L. FESAK
        Assistant United States Attorney
        Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        E-mail: matthew.fesak@usdoj.gov
        NC State Bar #35276
        Attorney for Plaintiff